ALFONSO DI CARPIO et al., Respondents, v. BABYLON MILK AND CREAM CO., INC., et al., Appellants.— In an action to recover damages for injuries to person and property, order granting plaintiffs' motion for a preference in the trial of the action reversed, without costs, and motion denied, without costs. There was no sufficient showing warranting the exercise of discretion in favor of granting the preference. (*Farewell* v. *Milbank*, 284 App. Div. 898, and cases there cited.) Nolan, P.J., Wenzel, MacCrate and Ughetta, JJ., concur; Beldock, J., dissents and votes to affirm the order with the following memorandum: There is a sufficient showing of destitution to warrant leaving undisturbed the discretion exercised by the Special Term. Plaintiffs have three children. Although plaintiff husband is only thirty years old, he is no longer able to work by reason of this accident. Plaintiff's only income is $37 a week, the wife's take-home pay. Plaintiffs' sole assets are the cash surrender values of life insurance policies, totaling about $459. Plaintiffs are heavily in debt (over $3,000). [See *post*, p. 1158.]

KATIE M. D. FERRIS, Respondent, v. WILLIAM F. FERRIS, Appellant.— In a consolidated action for a separation and other relief, defendant appeals from the judgment insofar as it directs him to pay to plaintiff for her maintenance the sum of $500 a month. Judgment modified on the facts by substituting in the second ordering paragraph the words and figures "Three hundred Dollars ($300)" for the words and figures "Five hundred Dollars ($500)". As so modified, judgment, insofar as appealed from, unanimously affirmed, without costs. In our opinion, on the record presented, the award of alimony was excessive. Present — Nolan, P. J., Wenzel, MacCrate, Schmidt and Murphy, JJ.

In the Matter of GYPSUM BUILDING MATERIALS CORP., Appellant. CITY OF NEW YORK, Respondent.— Appeal from an order denying appellant's motion to vacate and set aside all proceedings taken against certain parcels of real estate allegedly owned by it. Order affirmed, with $10 costs and disbursements. No opinion. Nolan, P.J., Wenzel, MacCrate, Beldock and Murphy, JJ., concur.

In the Matter of ADRIAN J. DOYLE, Petitioner, against FRANK T. HANLON, as Commissioner of Public Safety of the City of White Plains, Respondent.— Proceeding under article 78 of the Civil Practice Act to review a determination by the commissioner of public safety of the City of White Plains, finding petitioner, a patrolman, guilty of two charges preferred against him, and dismissing him from the police department. The proceeding has been transferred to this court pursuant to section 1296 of the Civil Practice Act. Determination unanimously confirmed, without costs. No opinion. Present — Wenzel, Schmidt, Beldock and Murphy, JJ.; Nolan, P. J., not voting.